```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          Chapter 7

PETER R. MCINTOSH,                                              Case No.  05-46323 SMB

                        Debtor.
-----------------------------------------------------------X
RICHARD E. O'CONNELL, ESQ. as Trustee
for the Estate of PETER R. MCINTOSH,                            Adv. Proc. No. 07-1588 SMB

                        Plaintiff,
        -against-


THE CHELSEA WINERY, LTD. d/b/a
CHELSEA WINE VAULT,

                        Defendant.
-----------------------------------------------------------X
```

## ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a) AUTHORIZING THE PARTIES TO ENTER INTO AND APPROVING THE SETTLEMENT OF THE ADVERSARY PROCEEDING

Upon the Motion of Plaintiff in the above-captioned adversary proceeding, for an Order authorizing the parties to the above-captioned adversary proceeding to enter into and approve the settlement of the adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 9019(a); and the Motion having come to be heard before the Court on the 31st day of May, 2007; and the Motion having been duly served upon all parties entitled to notice thereof; and Avrum J. Rosen of the Law Offices of Avrum J. Rosen, counsel for the Trustee, having appeared in support thereof; and noone having appeared in opposition thereto; it is

**ORDERED**, that the Motion by Plaintiff for an Order authorizing the parties to the above-captioned adversary proceeding to enter into and approving the settlement of the adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 9019(a) is hereby

granted; and it is further

**ORDERED**, that the parties are authorized to enter into the Stipulation Settling the Adversary Proceeding; and it is further

**ORDERED**, that the Stipulation Settling the Adversary Proceeding is hereby approved ~~in its entirety~~.  **SMB 5/31/07**


Dated: New York, New York
       May 31, 2007

                                            **/s/ STUART M. BERNSTEIN**
                                            Hon. Stuart M. Bernstein
                                            Chief United States Bankruptcy Judge